IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:20-cr-206 |
| ) | |
| HESAM FATEHI PEYKANI, ) | |
| (a/k/a "Afshin Ebrahimi" or "Afshin ) | |
| Ibrahimi,") ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter having come before the Court on the United States' motion to unseal the indictment and other documents previously sealed pursuant to the Sealing Order entered on August 27, 2020 (hereinafter, the "Motion"), and the Court having concluded that the United States has shown good cause therefor, it is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that the indictment and other documents previously sealed be UNSEALED.

Date: May 5, 2023
Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge